## RESCRIPT WITHOUT OPINION.

Pursuant to the requirements of G. L. (Ter. Ed.) c. 211, § 9, the Reporter publishes the following:

JOHN C. MADDEN, EXECUTOR, *vs.* WILLIAM H. MAGUE (Estate of William H. Mague).  May 2, 1938:  Decree affirmed.

*W. H. Mague, pro se.*

*C. H. Baldwin,* for the petitioner.